**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:16-CV-243-TBR**

**MARY KRAMER**                                                                  **PLAINTIFF**

**V.**

**UNIFUND CCR PARTNERS,** *et al.*                              **DEFENDANTS**

**O R D E R**

A fairness hearing was held on January 24, 2018 in Louisville, Kentucky.

    Appearances:
    For the plaintiff:     Ben Carter
    For the defendant:    Elizabeth M. Shaffer
    Court Reporter:     Dena Legg

**IT IS ORDERED.**

Statements were presented to the Court at the hearing, as stated on the official court record.

The matter stands submitted to the Court, pending further orders from the Court.

cc:    Counsel

L 15